UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ANITA ROBINSON,

       Plaintiff,

       v.

THE COMMONWEALTH OF
PENNSYLVANIA, OFFICE OF
ATTORNEY GENERAL,

       Defendant.

CIVIL ACTION NO. 22-CV-1704

(SAPORITO, J.)

## ORDER

AND NOW, this 27th day of April, 2026, upon consideration of the pleadings, testimony, and evidence presented at trial, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The clerk shall enter **JUDGMENT** in favor of the plaintiff on all counts of the complaint; and

2.    The Court awards the plaintiff a total sum of $209,409.45 in damages consisting of: (1) $126,129.45 in back pay; (2) $33,280.00 in front

pay; and $50,000 in compensatory damages.


Dated: April 27, 2026          *s/Joseph F. Saporito, Jr.*
                                              JOSEPH F. SAPORITO, JR.
                                              United States District Judge